UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                Case Number: 7:21–cr–01901

Nelson Villeda–Colindres

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Micaela Alvarez

**PLACE:**
Courtroom of Honorable Micaela Alvarez
United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 2/16/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

Date:   February 14, 2022

                                                                Nathan Ochsner, Clerk